# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LILLY LE NGUYEN,

    Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant(s).

Case No.: 2:17-cv-01773-APG -NJK

**Order**

On September 7, 2017, the Court stayed discovery pending resolution of Defendant's motion to dismiss. Docket No. 11. The Court ordered the parties to file a joint proposed discovery plan within 14 days of the issuance of the order resolving the motion to dismiss if it was not granted in full. *Id.*

The Court granted in part and denied in part Defendant's motion to dismiss on March 20, 2018. Docket No. 14. To date, the parties have not filed a joint proposed discovery plan as ordered by the Court. The parties are hereby **ORDERED** to file a joint proposed discovery plan, no later than May 10, 2018.

IT IS SO ORDERED.

Dated: May 7, 2018

_____
Nancy J. Koppe
U.S. Magistrate Judge