UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LILLY LE NGUYEN,

            Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

            Defendants.

Case No. 2:17-cv-01773-APG-NJK

ORDER

(Docket No. 17)

Pending before the Court is the parties' joint proposed discovery plan and scheduling order, Docket No. 17, which is defective in several ways. First, the joint proposed discovery plan does not include the deadline to add parties/amend pleadings, pursuant to Local Rule 26-1(b)(2). Second, it does not include the required statement that the parties have met and conferred about the possibility of using alternative dispute-resolution processes, pursuant to Local Rule 26-1(b)(7). Third, it does not include the required statement that the parties have considered consent to trial by a magistrate judge, pursuant to Local Rule 26-1(b)(8).

//
//
//
//
//
//

Accordingly, the Court **DENIES** without prejudice the parties' joint proposed discovery plan. Docket No. 17. A renewed joint proposed discovery plan and scheduling order shall be filed no later than May 15, 2018.

IT IS SO ORDERED.

Dated: May 10, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge