UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LILLY LE NGUYEN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br>　　　　　　　Defendants. | Case No. 2:17-cv-01773-APG-NJK<br><br>ORDER<br><br>(Docket No. 19) |

Pending before the Court is the parties' second joint proposed discovery plan and scheduling order. Docket No. 19. On May 10, 2018, the Court denied without prejudice the parties' joint proposed discovery plan and scheduling order at Docket No. 17, specifically noting three defects. Docket No. 18. The instant joint proposed discovery plan fails to cure all the defects.

Accordingly, the Court **DENIES** without prejudice the parties' second joint proposed discovery plan. Docket No. 19. A renewed joint proposed discovery plan and scheduling order shall be filed no later than May 14, 2018.

IT IS SO ORDERED.

Dated: May 11, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge