ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
Email: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LILLY LE NGUYEN as Administrator of the Estate of Phillip Nguyen,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-1773-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR RESPONSE** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file her Response to State Farm Mutual Insurance Company's Motion for Summary Judgment [Dkt. 25], currently due September 3, 2018, be extended through September 21, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

4844-8979-0065.1

This is the first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 30th day of August, 2018

Attorney for Plaintiff

 /s/ Johnathan M. Leavitt
JOHNATHAN M. LEAVITT, ESQ.
Nevada Bar No. 13172
RICHARD HARRIS LAW FIRM
801 S. Fourth Street
Las Vegas, NV 89101

Dated this 30th day of August, 2018.

Attorneys for Defendant

 /s/ Priscilla L. O'Briant
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118

JAMES E. HARPER, ESQ.
Nevada Bar No. 9822
HARPER SELIM
1707 Village Center Circle
Suite 140
Las Vegas, NV 89134

IT IS SO ORDERED.

Dated: August 31, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE