ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
Email: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LILLY LE NGUYEN as Administrator of the Estate of Phillip Nguyen,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-1773-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR RESPONSE**<br><br>**(Second Request** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file her Response to State Farm Mutual Insurance Company's Motion for Summary Judgment [Dkt. 25], currently due September 21, 2018, be extended through October 22, 2018.

The parties make this request as they are currently in settlement negotiations which would result in the withdrawal of State Farm's motion, however, given the significant and widespread ramifications of the issues in this litigation, there are numerous conditions and contingencies over which discussions are continuing. In order to afford the best chance of reaching a resolution of

4844-8979-0065.1

this litigation, the parties request Plaintiff's Response to State Farm Mutual Insurance Company's Motion for Summary Judgment [Dkt. 25] be continued for one month as detailed above.

This is the second for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 21st day of September, 2018  Dated this 21st day of September, 2018.

Attorney for Plaintiff  Attorneys for Defendant

/s/ Johnathan M. Leavitt  /s/ Priscilla L. O'Briant
JOHNATHAN M. LEAVITT, ESQ.  ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 13172  Nevada Bar No. 3062
RICHARD HARRIS LAW FIRM  PRISCILLA L. O'BRIANT, ESQ.
801 S. Fourth Street  Nevada Bar No. 10171
Las Vegas, NV 89101  LEWIS BRISBOIS BISGAARD & SMITH LLP
  6385 S. Rainbow Boulevard, Suite 600
  Las Vegas, NV 89118

  JAMES E. HARPER, ESQ.
  Nevada Bar No. 9822
  HARPER SELIM
  1707 Village Center Circle
  Suite 140
  Las Vegas, NV 89134

IT IS SO ORDERED.

  Dated: September 21, 2018.

_____
  UNITED STATES DISTRICT COURT JUDGE