# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LILLY LE NGUYEN,<br><br>    Plaintiff<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE COMPANY,<br><br>    Defendant | Case No.: 2:17-cv-01773-APG-NJK<br><br>**Order**<br><br>[ECF Nos. 25, 34] |

In light of the parties' stipulation (ECF No. 34) and for good cause shown,

IT IS ORDERED that the parties' stipulated motion to strike and vacate order **(ECF No. 34) is GRANTED**. The clerk of court is instructed to vacate and strike from the record my order at ECF No. 14.

IT IS FURTHER ORDERED that defendant State Farm Mutual Automobile Insurance Company's motion for summary judgment **(ECF No. 25) is DENIED as moot**.

DATED this 7th day of November, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE